# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH A CERTAIN iCLOUD ACCOUNT STORED AT APPLE, INC. | Case No. 1:24-sw-313<br><br>**UNDER SEAL** |

### ORDER TO SEAL AND FOR NONDISCLOSURE PURSUANT TO 18 U.S.C. § 2705(b)

The United States, pursuant to Local Rule 49(B) of the Local Criminal Rules for the U.S. District Court for the Eastern District of Virginia and 18 U.S.C. § 2705(b), having moved to seal the search warrant, application, supporting affidavit, motion to seal, and this Order, and having further moved for a § 2705(b) nondisclosure order covering these materials;

The Court, having considered the government's submissions, including the facts presented by the government to justify sealing; having determined that that there is reason to believe that notification of the existence of these materials will seriously jeopardize the ongoing investigation, including by giving the target an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence or witnesses, change patterns of behavior, or notify confederates, if any, *see* 18 U.S.C. §§ 2705(b)(2), (3), & (5); having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing; finding none would suffice to protect the government's legitimate interest in concluding the investigation; and having found that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

Page 1 of 2

ORDERED that the United States' motion is GRANTED, and the search warrant, application, supporting affidavit, motion to seal, and this Order be SEALED until further order of the Court.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Apple, Inc. or its affiliates shall not disclose the existence of these materials to any person or entity, for a period of two years from the date of this Order, except that Apple, Inc. may disclose this Order to law enforcement officers of the FBI as part of its cooperation with law enforcement agents to execute the search warrant. This non-disclosure order is subject to further renewal upon a proper showing under 18 U.S.C. § 2705(b).

Date: May 7, 2024

William E. Fitzpatrick
United States Magistrate Judge