**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR ORDER AUTHORIZING INSTALLATION AND USE OF PEN REGISTER/TRAP AND TRACE DEVICE ON EMAIL ACCOUNT | **UNDER SEAL**<br><br>No. 1:25-dm-0003-WEF<br>No. 1:23-ec-1941<br>No. 1:24-ec-311<br>No. 1:24-ec-873<br>No. 1:24-ec-1291<br>No. 1:24-ec-1696 |

**ORDER GRANTING JOINT MOTION TO MODIFY THE ORDER**
**DATED JUNE 9, 2025**

This matter comes before the Court on the parties' Joint Motion to Modify the Court's

Order, dated June 9, 2025. Upon consideration of the parties' motion, it is hereby ORDERED

that the motion is GRANTED. The Clerk's Office shall partially unseal and enter onto the public

docket the following redacted attachments to the parties' joint motion to modify:

- Dkt. No. 2 – Memorandum in Support of Apple's Motion to Modify Nondisclosure Orders Issued Pursuant To 18 U.S.C. § 3123(d)
- Dkt. No. 2-1 – Exhibit A to Apple's Memorandum in Support
- Dkt. No. 2-2 – Exhibit B to Apple's Memorandum in Support
- Dkt. No. 2-3 – Exhibit C to Apple's Memorandum in Support
- Dkt. No. 2-4 – Exhibit D to Apple's Memorandum in Support
- Dkt. No. 2-5 – Exhibit E to Apple's Memorandum in Support
- Dkt. No. 2-6 – Exhibit F to Apple's Memorandum in Support
- Dkt. No. 2-7 – Exhibit G to Apple's Memorandum in Support
- Dkt. No. 2-8 – Exhibit H to Apple's Memorandum in Support
- Dkt. No. 12 – Government's Response in Opposition
- Dkt. No. 12-25 – Exhibit 17 to Government's Opposition
- Dkt. No. 14 – Reply in Support of Apple's Motion to Modify
- Dkt. No. 15-1 – Exhibit 19 to Government's Opposition

Further, it is hereby ORDERED that the Clerk's Office shall maintain sealed the following

*ex parte* filings:

- Dkt. No. 12-1 – Exhibit A to Government's Opposition
- Dkt. No. 12-2 – Exhibit B to Government's Opposition

1

- Dkt. No. 12-3 – Exhibit C to Government's Opposition
- Dkt. No. 12-4 – Exhibit D to Government's Opposition
- Dkt. No. 12-5 – Exhibit E to Government's Opposition
- Dkt. No. 12-6 – Exhibit G to Government's Opposition
- Dkt. No. 12-7 – Exhibit H to Government's Opposition
- Dkt. No. 12-8 – Exhibit I to Government's Opposition
- Dkt. No. 12-9 – Exhibit 1 to Government's Opposition
- Dkt. No. 12-10 – Exhibit 2 to Government's Opposition
- Dkt. No. 12-11 – Exhibit 3 to Government's Opposition
- Dkt. No. 12-12 – Exhibit 4 to Government's Opposition
- Dkt. No. 12-13 – Exhibit 5 to Government's Opposition
- Dkt. No. 12-14 – Exhibit 6 to Government's Opposition
- Dkt. No. 12-15 – Exhibit 7 to Government's Opposition
- Dkt. No. 12-16 – Exhibit 8 to Government's Opposition
- Dkt. No. 12-17 – Exhibit 9 to Government's Opposition
- Dkt. No. 12-18 – Exhibit 10 to Government's Opposition
- Dkt. No. 12-19 – Exhibit 11 to Government's Opposition
- Dkt. No. 12-20 – Exhibit 12 to Government's Opposition
- Dkt. No. 12-21 – Exhibit 13 to Government's Opposition
- Dkt. No. 12-22 – Exhibit 14 to Government's Opposition
- Dkt. No. 12-23 – Exhibit 15 to Government's Opposition
- Dkt. No. 12-24 – Exhibit 16 to Government's Opposition
- Dkt. No. 12-26 – Exhibit 18 to Government's Opposition
- Dkt. No. 15-2 – Exhibit 20 to Government's Opposition

Further, it is hereby ORDERED that the Clerk's Office shall unseal the following filings:

- Dkt. No. 1 – Apple's Motion to Modify Nondisclosure Orders Issued Pursuant To 18 U.S.C. § 3123(d)
- Dkt. No. 1-1 – Proposed Order Granting Apple's Motion to Modify
- Dkt. No. 2-9 – Exhibit I to Apple's Memorandum in Support
- Dkt. No. 15 – Government's Submission of Supplemental Materials
- Dkt. No. 15-3 – Exhibit 21 to Government's Opposition
- Dkt. No. 15-4 – Exhibit 22 to Government's Opposition
- Dkt. No. 15-5 – Exhibit 23 to Government's Opposition
- Dkt. No. 16 – Government's Correction of Error at Oral Argument
- Dkt. No. 18 – Memorandum Opinion and Order of the Court, dated June 9, 2025
- Dkt. No. 19 – Letter from Apple to the Court, dated July 25, 2025
- Dkt. No. 20 – Order of the Court, dated July 28, 2025

IT IS SO ORDERED

Dated: 11/7/2025

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE