# ATTACHMENT #13

*Redacted Dkt. No. 15-1*

*Ex Parte*

# Exhibit 19

## Application

*UNDER SEAL*

# Exhibit 19

## Subpoena and Order

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR NON-DISCLOSURE ORDER UNDER 18 U.S.C. § 2705(b) RELATING TO GRAND JURY SUBPOENA | **UNDER SEAL**<br><br>Case No. 23-GJ-0938<br><br>Grand Jury 24-1 (2023R00938-0037) |

## ORDER PURSUANT TO 18 U.S.C. § 2705(b)

The United States has submitted an Application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Apple Inc., an electronic communications service provider and/or a remote computing service, not to notify any person (including the subscriber(s) or customer(s) of the account(s) listed in the subpoena) of the existence of the attached subpoena for a period of two years.

The Court determines that there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Apple Inc. shall not disclose the existence of the attached subpoena, or this Order of the Court, to the listed subscriber(s) or to any other person, for a period of two years, except that Apple Inc. may disclose the attached subpoena to an attorney for Apple Inc. for the purpose of receiving legal advice. This Order is subject to renewal upon a proper showing under 18 U.S.C. § 2705(b).

IT IS FURTHER ORDERED that the Application and this Order are sealed until further order of the Court.

SO ORDERED:

Date: _____3/28/2025_____
Alexandria, Virginia

Lindsey R Vaala    Digitally signed by Lindsey R Vaala
Date: 2025.03.28 10:04:06 -04'00'

_____
Lindsey R. Vaala
United States Magistrate Judge

2

Subpoena to Testify Before a Grand Jury – AO 110 (EDVA ver. 2/5/2024)

24-1/2023R00938-0037

# UNITED STATES DISTRICT COURT

## Eastern District of Virginia

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:  Apple Inc.
Custodian of Records
20705 Valley Green Drive
Cupertino, CA 95014

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below to testify before the District Court's Federal Grand Jury. When you arrive, you must remain at the courthouse until the presiding Judge or a Court Officer allows you to leave.

| Place: | U.S. District Court 401 Courthouse Square Alexandria, VA 22314 | Date & Time: | 4/10/2025   09:30 AM |
|---|---|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**See Attachment A – Items to be Produced**

For additional instructions and information about this Subpoena, please review the following:

**Attachment B – Steps to Compliance Checklist** (includes contact information for questions, instructions on how to produce records without appearing personally before the Grand Jury, and brief summaries of additional attachments)

This Subpoena remains in effect until all items are provided.

Date:    3/27/2025

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

This Subpoena was prepared and issued pursuant to the authority of the United States Attorney for the Eastern District of Virginia. The Subpoena and Attachment A – Items to be Produced were reviewed and approved by the following Requesting Attorney:

Gordon Kromberg, Assistant U.S. Attorney
United States Attorney's Office                2100 Jamieson Avenue
Eastern District of Virginia – Alexandria Division    Alexandria, VA 22314

24-1/2023R00938-0037

## Attachment A – Items to be Produced

Produce all records that fall within the parameters listed below:

**TIME PERIOD**    From **1/1/2022** through **Present**

**ACCOUNT IDENTIFIERS**    All Subscriber Records (defined below) associated with the following accounts and/or individuals:

**Account(s):**    █████████████████████████

**SUBSCRIBER RECORDS**    On or before the **date listed on the Subpoena**, produce these records to the Requesting Agent for the accounts identified above:

☐ **Names** (including subscriber or customer names, usernames, and screen names)

☐ **Addresses** (including mailing addresses, service addresses, residential addresses, business addresses, and email addresses)

☐ **Local and long-distance telephone connection records**, if applicable (including records of text messages sent and received)

☐ **Records of session times and durations**

☐ **Length of service (including start date) and types of services utilized**

☐ **Telephone or instrument numbers** (including model type/numbers, phone numbers, ESNs, IMEIs, IMSIs, MEIDs, MEINs, MINs, MSISDNs, SIMs, UDIDs, MAC addresses, advertising IDs)

☐ **Other subscriber numbers or identities, including any temporarily assigned network addresses** (including the registration and session IP addresses with associated port numbers)

☐ **Means and source of payment for such services** (including any credit card or bank account number)

**ADDITIONAL INSTRUCTIONS**    Please review the additional instructions and forms provided in the following Attachments:

☐ **Attachment B – Steps to Compliance Checklist** (includes contact information for Requesting Agent and USAO Staff, along with guidance on Notice & Disclosure Requirements)

☐ **Attachment C – Electronic Production Guidelines**

☐ **Attachment D – Certificate of Authenticity**

24-1/2023R00938-0037

## Attachment B – Steps to Compliance Checklist

You have been served with a subpoena issued for a federal criminal investigation being conducted in the Eastern District of Virginia. Please follow the instructions below.

**STEPS TO COMPLIANCE**

☐ Review **Attachment A – Items to be Produced** to identify the documents, records, and other items that fall within the scope of the Subpoena.

☐ Contact the **Requesting Agent** listed below if you have questions about the items being requested (for example, items to prioritize, methods of production, and timing).

☐ Collect and produce the documents, records, and other items in electronic format based on the instructions in **Attachment C – Electronic Production Guidelines.** If you are unable to produce the items in the requested electronic format(s), contact the Requesting Agent to discuss the situation and obtain the Agent's **prior approval** for any deviations from Attachment D.

☐ Once you have collected the requested items, complete and sign **Attachment D – Certificate of Authenticity** as the Custodian of Records. Submit the certificate with the produced items.

☐ **Produce or deliver the items to the Requesting Agent using the email address, phone number, and mailing address (if necessary) listed below. If you produce the documents directly to the Requesting Agent, you will not need to appear personally before the Grand Jury on the date listed on the Subpoena.**

**NOTICE & DISCLOSURE REQUIREMENTS**

Pursuant to 18 U.S.C. § 2705(b), the Court has ordered your company, as the Service Provider, to not disclose the existence of this Subpoena to the subscriber or to anyone else, except as specified in the attached Order.

| CONTACT INFORMATION | |
|---|---|
| **Requesting Agent**<br>(regarding documents or items) | **U.S. Attorney's Office (USAO) Staff**<br>(regarding procedures or compliance) |
| ███████████<br><br>Federal Bureau of Investigation<br>9325 Discovery Boulevard<br>Manassas, VA 20109 | USAVAE.GrandJuryAlex@usdoj.gov |